# UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 22-01802 |
| OSCAR DELGADO, ) | Chapter 7 |
| ) | |
| Debtor. ) | Hon. Deborah L. Thorne |
| ) | |
| ) | **Hearing Date:  April 21, 2022** |
| ) | **Hearing Time: 9:00 A.M.** |
| ) | **via Zoom for Government** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on Thursday, April 21, 2022, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place and present the **Trustee's Motion to Employ Counsel**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**.  No personal appearance in court is necessary or permitted.  To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**.  The meeting ID for this hearing is 160 9362 1728.  The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

| | |
|---|---|
| Dated: April 12, 2022 | Respectfully submitted, |
| Reed Heiligman (No. 6294312)<br>**HILTZ ZANZIG & HEILIGMAN LLC**<br>53 West Jackson Blvd., Suite 1301<br>Chicago, Illinois 60604<br>Telephone: 312.566.9008<br>reed@hzhlaw.com | **REED HEILIGMAN, NOT INDIVIDUALLY BUT AS CHAPTER 7 TRUSTEE OF OSCAR DELGADO**<br><br>By:  /s/ *Reed Heiligman* |

## UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.: 22-01802 |
| OSCAR DELGADO, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) Hon. Deborah L. Thorne |
| | ) |

### TRUSTEE'S MOTION TO EMPLOY COUNSEL

Pursuant to 11 U.S.C. § 327(a) and (d), Reed Heiligman, not individually but as chapter 7 trustee (the "Trustee") of the bankruptcy estate of Oscar Delgado (the "Debtor"), respectfully requests entry of an order authorizing the Trustee to employ Reed Heiligman and the attorneys of Hiltz Zanzig & Heiligman LLC (collectively, "HZH") as his counsel in this bankruptcy case (the "Motion"). In support of this Motion, the Trustee states as follows:

### JURISDICTION

1. The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. The statutory bases for the relief sought in this motion are 11 U.S.C. § 327(a) and (d) and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

### BACKGROUND

3. On February 17, 2022, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

4. The Trustee is the duly appointed chapter 7 trustee.

5. The Trustee believes there may be a source of recovery for creditors in this case, including from: (i) the sale of the Debtor's home; (ii) unexempt funds in the Debtor's bank account; (iii) certain fraudulent transfer(s) made by the Debtor; and (iv) other any other avenues of recovery.

6. The Trustee requests authority to retain Reed Heiligman and the attorneys and staff of HZH as his counsel to perform such legal services as are required to investigate and liquidate the Debtor's assets.

## **RELIEF SOUGHT**

7. By this application, the Trustee seeks authority to employ and retain HZH as his bankruptcy counsel, pursuant to 11 U.S.C. § 327(a) and (d).

8. The Trustee seeks to retain Reed Heiligman and HZH because of the firm's extensive experience and knowledge representing trustees in cases under chapter 7 of the Bankruptcy Code.

9. The professional services that HZH will provide include:

   a. Assisting the Trustee in investigating and liquidating assets of the estate, including the Debtor's bank accounts, vehicles, and impermissible transfers of assets;

   b. Assisting the Trustee in the determination of the Debtor's liabilities;

   c. Meeting and negotiating with creditors and their representatives and other interested parties regarding matters relating to the administration of the Debtor's estate; and

   d. Performing all other legal services as required.

10. At this time, it is not possible to estimate the amount of time that HZH will be required to work on behalf of the Trustee and, accordingly, it is not possible to estimate the total cost of HZH's services in this case. HZH will calculate its fees for services by reference to its standard hourly rates for these services (such rates are subject to normal adjustments from time

to time due to inflation and other factors).  Rates for HZH attorneys and paraprofessionals expected to work on this engagement are as follows:

| PROFESSIONAL | POSITION | RATE |
|---|---|---|
| Reed Heiligman | Member | $430.00 |
| Alex J. Whitt | Associate | $275.00 |
| Paralegal Time | Paralegal | $175.00 |

11. HZH did not receive a retainer, and will file one or more fee applications, at the appropriate time, seeking payment of the fees and expenses incurred by HZH.

12. As set forth in the declaration of Reed Heiligman, attached hereto and incorporated into this motion as **Exhibit A** (the "Declaration"), other than as set forth herein or in the Declaration, to the best of Mr. Heiligman's knowledge, neither Mr. Heiligman nor any of the principals or employees of HZH represent or hold any interest adverse to the Trustee or the Debtor's estate or otherwise have any connection with the Debtor, the Debtor's creditors, or any other party in interest in this bankruptcy case or its respective attorneys and accountants.

13. In addition, neither Mr. Heiligman nor any of the principals or employees of HZH have any connection with the United States Trustee or any person employed in the office of the United States Trustee, except that HZH member Reed Heiligman serves on the panel of chapter 7 trustees maintained by the United States Trustee for the Northern District of Illinois.

## NOTICE

14. The Trustee has provided at least seven (7) days' written notice to the Debtor, Debtor's counsel, the United States Trustee, and all other parties who have requested service through the Court's CM/ECF system.  The Trustee submits that notice is sufficient and no further notice is necessary.

**WHEREFORE**, Reed Heiligman, not individually, but as Chapter 7 trustee of OSCAR DELGADO, respectfully requests that the Court enter an order authorizing the Trustee to employ Reed Heiligman and the attorneys of Hiltz Zanzig & Heiligman LLC as his counsel in this case, and granting such other and further relief as this Court deems just.

Dated: April 12, 2022                                          Respectfully submitted,

**REED HEILIGMAN, NOT INDIVIDUALLY BUT AS CHAPTER 7 TRUSTEE OSCAR DELGADO**

By:  /s/      *Reed Heiligman*

Reed Heiligman (No. 6294312)
**HILTZ ZANZIG & HEILIGMAN LLC**
53 West Jackson Blvd., Suite 1301
Chicago, Illinois 60604
Telephone: 312.566.9008
reed@hzhlaw.com

4

## CERTIFICATE OF SERVICE

       I, Reed Heiligman, an attorney, hereby certify that, on April 12, 2022, I caused a true and correct copy of the foregoing **Notice of Motion** and **Trustee's Motion to Employ Counsel** to be served on the following via the indicated means:

### VIA CM/ECF:

- **Edwin L Feld**    notice@edfeldlaw.com, efeld@edfeldlaw.com;felder44800@notify.bestcase.com
- **Reed Heiligman**    reed@hzhlaw.com, csmith@fgllp.com;ecf.alert+Heiligman@titlexi.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov

### VIA US MAIL:

Oscar Delgado
3245 168th Street
Lansing, IL 60438

                                                                          /s/ *Reed Heiligman*